AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FERGUSON, KATHRYN C. | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>07/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY COURT JUDGE - FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
|---|
| CLARKSON S. FISHER FEDERAL BUILDING<br>402 EAST STATE STREET<br>TRENTON, NJ 08608 |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | FRIENDS OF THE LAMBERTVILLE LIBRARY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | OCTOBER 30, 2013 - NOVEMBER 2, 2013 | ATLANTA, GEORGIA | JUDGE'S ASSOCIATION ANNUAL MEETING | TRANSPORTATION, LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds | | None | J | T | | | | | |
| 2. Brinker Capital Inc: | | | | | | | | | |
| 3. Aberdeen Emerging Mrkts CL A | A | Dividend | | | Buy (add'l) | 09/16/13 | J | | |
| 4. | A | Dividend | | | Sold | 10/10/13 | J | A | |
| 5. Aston/River Rd Independent Value N | | None | | | Sold | 12/16/13 | J | A | |
| 6. Avenue Credit Strategies Investor | A | Dividend | | | Buy | 06/06/13 | J | | |
| 7. | | | | | Sold (part) | 07/19/13 | J | | |
| 8. | | | | | Sold | 12/16/13 | J | A | |
| 9. Clearbridge Small Cap Grw CL A | A | Dividend | | | Buy | 01/09/13 | J | | |
| 10. | | | | | Sold (part) | 07/19/13 | J | A | |
| 11. | | | | | Sold | 12/16/13 | J | A | |
| 12. Columbia Dividend Opportunity CL A | A | Dividend | | | Buy (add'l) | 09/24/13 | J | | |
| 13. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 14. Columbia Select Lrg Cap Growth Class A | | None | | | Buy | 12/11/13 | J | | |
| 15. | | None | | | Sold | 12/16/13 | J | A | |
| 16. Delaware Value Fd CL A | A | Dividend | | | Buy (add'l) | 09/23/13 | J | | |
| 17. | A | Dividend | | | Sold | 12/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Doubleline Low Duration CL N | A | Dividend | | | Buy | 11/29/13 | J | | |
| 19. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 20. Doubleline Total RT Bond Fd CL N | A | Dividend | | | Buy (add'l) | 11/29/13 | J | | |
| 21. | A | Dividend | | | Sold | 12/16/13 | J | | |
| 22. Driehaus Active Income Fund | A | Dividend | | | Buy (add'l) | 09/18/13 | J | | |
| 23. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 24. Fidelity Intermediate Muni Income | A | Int./Div. | | | Buy (add'l) | 11/29/13 | J | | |
| 25. | A | Int./Div. | | | Sold | 12/16/13 | J | | |
| 26. Forward EM Corporate Debt Fund Investor | A | Dividend | | | Buy (add'l) | 09/25/13 | J | | |
| 27. | A | Dividend | | | Sold | 12/16/13 | J | | |
| 28. JP Morgan Strategic Income Opport A | A | Dividend | | | Buy | 2/19/13 | J | | |
| 29. | A | Dividend | | | Sold (part) | 7/19/13 | J | A | |
| 30. | A | Dividend | | | Sold | 12/16/13 | J | | |
| 31. JP Morgan Tax Aware Real Rtrn Select CL | A | Dividend | | | Sold | 06/06/13 | J | | |
| 32. Listed Private Equity CL A | | None | | | Sold | 12/16/13 | J | A | |
| 33. Merger Fund | | None | | | Sold | 02/19/13 | J | | |
| 34. Merk Hard Currency Fund Investor CL | | None | | | Sold | 06/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MFS International Value Fund CL A | A | Dividend | | | Buy (add'l) | 12/12/13 | J | | |
| 36. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 37. Morgan Stanley Global Real Estate Port P | | None | | | Sold | 06/06/13 | J | A | |
| 38. Northern Intermed Tax Exempt Fund | A | Int./Div. | | | Buy (add'l) | 11/25/13 | J | | |
| 39. | A | Int./Div. | | | Sold | 12/16/13 | J | | |
| 40. Ridgeworth Mid Cap Value Equity CL I | | None | | | Sold | 12/16/13 | J | A | |
| 41. Rivernorth Core Opportunity Fund | | None | | | Buy (add'l) | 10/10/13 | J | | |
| 42. | | | | | Sold | 12/16/13 | J | A | |
| 43. RS Global Natural Resources CL A | | None | | | Sold | 12/16/13 | J | | |
| 44. Spartan 500 Index FDAdvantage Class | A | Dividend | | | Buy (add'l) | 12/13/13 | J | | |
| 45. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 46. T Rowe Price Growth Stock Advisor CL | A | Dividend | | | Buy (add'l) | 12/13/13 | J | | |
| 47. | A | Dividend | | | Sold | 12/17/13 | J | A | |
| 48. T Rowe Price Intl Stock Advisor CL | | None | | | Sold | 12/16/13 | J | A | |
| 49. TCW Dividend Focused Fund CL N | A | Dividend | | | Buy (add'l) | 09/30/13 | J | | |
| 50. | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 51. TCW Small Cap Growth Class N | | None | | | Sold | 01/08/13 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Touchstone Focused Equity Fund Class A | | None | | | Buy (add'l) | 10/10/13 | J | | |
| 53. | | | | | Sold | 12/16/13 | J | A | |
| 54. Wasatch Emerging Markets Small Cap FD | | None | | | Sold | 12/16/13 | J | | |
| 55. Wasatch Frontier Emerging Small Cos | | None | | | Sold (part) | 07/19/13 | J | A | |
| 56. | | | | | Sold | 12/16/13 | J | A | |
| 57. Wasatch International Opportunities FD | | None | | | Buy (add'l) | 10/10/13 | J | | |
| 58. | | | | | Sold | 12/16/13 | J | A | |
| 59. Wells Fargo Ultra Shrt Trm Muni CL A | A | Int./Div. | | | Buy (add'l) | 09/30/13 | J | | |
| 60. | A | Int./Div. | | | Sold | 10/10/13 | J | | |
| 61. | | | | | | | | | |
| 62. New England Securities Inc.: | | | | | | | | | |
| 63. BMO Intermediate | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 64. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 65. Delaware Tax Free | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 66. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 67. Dodge & Cox Stock | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 68. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Eaton Vance | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 70. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 71. European Growth | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 72. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 73. Goldman Sachs Short | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 74. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 75. JP Morgan Short | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 76. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 77. Western Asset | | None | J | T | Buy | 10/24/13 | J | | |
| 78. | | None | J | T | Buy (add'l) | 12/30/13 | J | | |
| 79. T Rowe Price Growth | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 80. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 81. T Rowe Price Emerging Markets | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 82. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 83. Vanguard Specialized Appreciation Index FD ETF | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 84. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 85. Vanguard Intl Equity Emerging Mkts ETF | A | Dividend | J | T | Buy | 10/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 87. Vanguard Short-Term | | None | J | T | Buy | 10/24/13 | J | | |
| 88. | | | J | T | Buy (add'l) | 12/30/13 | J | | |
| 89. Vanguard | | None | J | T | Buy | 10/24/13 | J | | |
| 90. | | | J | T | Buy (add'l) | 12/30/13 | J | | |
| 91. Vanguard 500 Index | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 92. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 93. Vanguard Index FDS | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 94. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 95. Vanguard Index FDS ETF | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 96. | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, KATHRYN C. | 07/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **KATHRYN C. FERGUSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544